FILED
2014 Nov-13 AM 11:18
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| DONTAY M. WELLS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:12-cv-2400-AKK-TMP |
| ) | |
| JOHN T. RATHMAN, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **MEMORANDUM OPINION**

On October 24, 2014, the magistrate judge filed his Report and Recommendation, recommending that this petition for *habeas corpus* relief filed pursuant to 28 U.S.C. § 2241 be denied and dismissed. (Doc. 24). The Report and Recommendation mailed to the petitioner was returned as undeliverable, and no objections have been filed. Having now carefully reviewed and considered *de novo* all the materials in the court file, including the Report and Recommendation, the Court is of the opinion that the report is due to be and hereby is ADOPTED, and the recommendation is ACCEPTED. Consequently, the petition for writ of *habeas corpus* is due to be DENIED AND DISMISSED. A separate final judgment will be entered.

The Clerk is DIRECTED to mail a copy of this Memorandum Opinion to the petitioner at the most recent address.

**DONE** the 13th day of November, 2014.

                                                  _____
                                                        **ABDUL K. KALLON**
                                              UNITED STATES DISTRICT JUDGE